# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CLOVIS LAKES ASSOCIATES LLC,**

CASE NO: **1:04–CV–06253–AWI**

v.

**REDBANK CREEK LLC,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/30/06**

**Jack L. Wagner**
Clerk of the Court

ENTERED:   **March 30, 2006**

by: /s/ P. Keeler
Deputy Clerk